1  Sung T. Kim  (Bar No. 277052)
   Law Offices of Sung Kim & Associates
2  3435 Wilshire Blvd., Suite 2700
   Los Angeles, California 90010
3  Telephone: (213) 221-4535
   Facsimile: (213) 487-3009
4

5  Attorney for Plaintiff,
   MERITDIAM, INC.
6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10 MERITDIAM, INC., a California           )   CASE NO.: CV 14-422-MWF(CWx)
   corporation,                            )
11                                         )   PLAINTIFF'S NOTICE OF
           Plaintiff,                      )   VOLUNTARY DISMISSAL
12                                         )   WITHOUT PREJUDICE PURSUANT
      vs.                                  )   TO FEDERAL RULE OF CIVIL
13                                         )   PROCEDURE 41(a)(1)
   FACETS FINE JEWELRY, a Minnesota        )
14 limited liability company dba JB HUDSON )
   JEWELERS; and DOES 1 through 20,        )
15 inclusive,                               )
                                           )
16         Defendants.                     )
                                           )
17

18       **PLEASE TAKE NOTICE** that Plaintiff MERITDIAN, INC. ("Plaintiff") pursuant to

19 Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action

20 without prejudice as to Defendant FACETS FINE JEWELRY dba JB HUDSON JEWELERS.

21       Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

22       **(A) Voluntary Dismissal**

23          **(1) By the Plaintiff**

24             (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66

25             and any applicable federal statute, the plaintiff may dismiss an action

26             without a court order by filing:

27                (i) a notice of dismissal before the opposing party serves either an

28                answer or a motion for summary judgment

1   Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary
2   judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of
3   the Court.

5   Dated:   March 21, 2014                    LAW OFFICES OF SUNG KIM  & ASSOCIATES

9                                              By: _____
10                                                  SUNG T. KIM, Esq.
                                                    Attorney for Plaintiff MERITDIAM, INC.

# PROOF OF SERVICE

I, Summer Kim, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

3435 Wilshire Blvd., Suite 2700
Los Angeles, CA 90010

On March 21, 2014, I served the foregoing document(s) by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Matthew K. Wegner, Esq.
Brown, Wegner & Berliner LLP
mwegner@bwb-lawyers.com
2603 Main Street, Suite 1050
Irvine, California 92614
Tel: (949)705-0080
Fax: (949)794-4099

DOCUMENTS(S):

GENERAL DENIAL

(X) BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( ) BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( ) BY OVERNIGHT DELIVERY / FEDERAK EXOPRESS: I caused said envelope(s) to be sent overnight delivery by Federal Express to the address(es) set forth above.

( ) BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on March 21, 2014, at Los Angeles, California.